1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   JESUSITA CHARLES,

                                       NO. Civ.S-10-1170 LKK/KJN

11           Plaintiff,

12       v.                            **ORDER RE DISPOSAL**
                                       **DOCUMENTS AFTER**
13   CALVARY PORTFOLIO                 **NOTIFICATION OF SETTLEMENT**
     SERVICES,

14

             Defendant.

15   _____/

16       Counsel for plaintiff has filed a Notice of Settlement in the

17   above-captioned case.  The court now orders that the dispositional

18   documents disposing of the case be filed no later than forty (40)

19   days from the effective date of this order. All hearing dates

20   heretofore set in this matter are hereby **VACATED**.

21       FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

22   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

23   CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

24       IT IS SO ORDERED.

25       DATED:  September 27, 2010.

26

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                              1        UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26